UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Lisa England,

              Plaintiff,

v.

Central Credit Services, Inc.,

              Defendant.

Civil Action No.: 1:11-cv-00192-UA-LPA

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to dismiss the litigation with prejudice;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice and without costs to any party.

| Lisa England | Central Credit Services, Inc. |
|---|---|
| ___/s/ Stacie Saunders-Watson_____ | ____/s/ Caren D. Enloe_____ |
| Stacie Saunders-Watson, Esq.<br>Law Office Of Stacie Watson<br>P.O. Box 1412<br>Apex, North Carolina 27502<br>919-522-6128 Attorney for Plaintiff | Caren D. Enloe, Esq.<br>Morris Manning & Martin, LLP<br>P.O. Box 12768<br>Research Triangle Park, North Carolina 27709<br>919-806-2969<br>Attorney for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Middle District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Stacie Watson
Stacie Watson